# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| TIMOTHY THOMAS, | CASE NO. 9-CV-1336-LAB-PCL |
|---|---|
| Plaintiff, | **ORDER DENYING MOTION FOR COPIES OF DOCUMENTS** |
| vs. | |
| R HERNANDEZ, et al., | |
| Defendant. | |

On May 16, 2012 the Court ordered the Clerk to send Thomas an IFP Package. This case has been pending since June of 2009, but Thomas still hadn't received one, and as a result he hadn't been able to serve the Defendants. The most likely explanation for this is that over the past three years Thomas has filed nine change-of-address notices, so any IFP Package previously sent to him may have gone to the wrong address.

On May 18, 2012, Thomas sent a one-page letter to the Clerk asking for "one copy of all form starting 7/29/2009 to as of 5/16/2012." Magistrate Judge Lewis construed this as a motion for copies of all documents in this case and granted it, ordering the Clerk "to send Plaintiff one copy of all documents in his case file."

The undersigned Judge disagrees with Judge Lewis' order and rescinds it. First, Thomas' letter did not ask for copies of all documents in the case docket; in fact, the caption reads "Motion To Send One Copy of All Form *Sent to the Court by Me*." Second, Thomas offered no reason for needing the documents, and he doesn't appear to have one. An IFP Package has been sent to him, and it contains everything he needs at this point. Third,

- 1 -

1  Thomas has no right to photocopies.  *See Sands v. Lewis*, 886 F.2d 1166, 1169 (9th Cir.
2  1990) (per curiam); *Jordan v. Mitchell*, Case No. 10-CV-1951-MMA-PCL, Doc. No. 15 ("In
3  addition, Plaintiff should take note that an inmate has no right to free copies of pleadings.").
4      The magistrate judge's order is **RESCINDED**.  Thomas' request for copies of
5  documents in the case docket is **DENIED**.
6      **IT IS SO ORDERED**.
7  DATED: June 4, 2012

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge